IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**ALEJANDRINA ISABEL SALEMME-ORTIZ**
and **PEDRO ORTIZ**,

        Plaintiffs,

    v.

Case No.: 19-cv-507

**JANESVILLE JANITOR SERVICE
& INDUSTRIAL SUPPLY, INC.
D/B/A DIVERSIFIED BUILDING MAINTENANCE**,

        Defendant.

---

### STIPULATION FOR DISMISSAL

---

It is hereby stipulated between the Plaintiffs, Alejandrina Isabel Salemme-Ortiz and Pedro Ortiz, by their attorneys, Hawks Quindel, S.C., and Defendant, Janesville Janitor Service & Industrial Supply, Inc. d/b/a Diversified Building Maintenance, by its attorneys, Boardman & Clark LLP, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned lawsuit shall be dismissed in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 20th day of December, 2019.

*Attorneys for the Plaintiffs*

By:   */s/Caitlin M. Madden*
**HAWKS QUINDEL, S.C.**
Caitlin M. Madden, State Bar No. 1089238
Email: cmadden@hq-law.com
David C. Zoeller, State Bar No. 1052017
Email: dzoeller@hq-law.com
Vanessa A. Kuettel, State Bar No. 1088329
Email: vkuettel@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

*Attorney for the Defendant*

By:   */s/Richard L. Bolton*
**BOARDMAN & CLARK LLP**
Richard L. Bolton, State Bar No. 1012552
Email: rbolton@boardmanclark.com
1 South Pinckney Street, Suite 410
Post Office Box 927
Madison, Wisconsin 53701-0927
Telephone: (608) 257-9521
Facsimile: (608) 283-1709